# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

DEVON MAE WITRYK

SEALED
INDICTMENT

3:25cr196-MCR

THE GRAND JURY CHARGES:

## COUNT ONE

Between on or about November 16, 2022, and on or about June 30, 2023, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Eglin Air Force Base, Florida, the defendant,

**DEVON MAE WITRYK,**

did willfully and by culpable negligence, while a caregiver to a child under eighteen (18) years of age, fail and omit to provide that minor child with care, supervision and services necessary to maintain the minor child's physical and mental health.

CERTIFIED A TRUE COPY
Jessica J. Lyublanovits, Clerk of Court

By _____
Deputy Clerk

FILED USDC FLND PN
NOV 18 '25 PM 12:47

Returned in open court pursuant to Rule 6(f)

11/18/2025
Date

_____
United States Magistrate Judge

In violation of Section 827.03(2)(d), Florida Statutes, and Title 18, United States Code, Sections 7 and 13.

A TRUE BILL:



DATE 11/18/2025

JOHN P. HEEKIN
United States Attorney

MEREDITH L. STEER
Assistant United States Attorney