### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                            Case No. 3:25-cr-00196-MCR

DEVON MAE WITRYK

### WARRANT FOR ARREST

TO:   The United States Marshal
      and any Authorized United States Officer

REC'D-USMS-PEN, FI
19 NOV '25 PM1:33

YOU ARE HEREBY COMMANDED to arrest   **DEVON MAE WITRYK**

Name

and bring him forthwith to the nearest magistrate to answer a

### SEALED Indictment

charging him or her with:

Count 1: NEGLECT OF A CHILD (WITHOUT GREAT BODILY HARM, PERMANENT DISABILITY OR PERMANENT DISFIGUREMENT)

in violation of Title 18, United States Code, Sections 7 and 13

| | |
|---|---|
| Jessica J. Lyublanovits | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *Barbara Rogers* (signature) | November 18, 2025   PENSACOLA |
| Deputy Clerk: Barbara Rogers | Date            Location |

Bail fixed at       $ Bail Reform Act
And/or in accordance with Comprehensive        by   Zachary C. Bolitho
Crime Control Act of 1984                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 10/16) Warrant for Arrest